UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**              **'O'**

| Case No. | 2:15-cv-05867-CAS (JPRx) | Date | November 30, 2016 |
|---|---|---|---|
| Title | ROBERT GARBER V. UNITED STATES OF AMERICA ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - PLAINTIFF'S APPEAL OF THE 11/16/16 MAGISTRATE JUDGE ORDER REGARDING DEPOSITION

The Court is in receipt of plaintiff's "Appeal of the 11/16/16 Magistrate Judge Order Regarding Deposition," Dkt. 117, and the Government's opposition, Dkt. 118. The Court finds this matter appropriate for decision without oral argument. Fed.R.Civ.P. 78; Local Rule 7–15.

In the above filing, plaintiff, proceeding pro se, makes several requests regarding the conditions under which he may depose Dr. Kenneth Jacobs. The deposition is currently scheduled to take place on November 30, 2016, from 10:00am to 12:00pm at the United States Attorney's Office. It further appears from plaintiff's filing that he has a "prior scheduled surgery" at that time and may be unable to conduct the deposition.

Many of plaintiff's requests appear to regard whether he may question Jacobs as to certain past medical records or Jacobs's declaration in support of the Government's summary judgment motion. Subject to the Government's objection, plaintiff may question Jacobs regarding the relevant medical records and Jacobs's declaration. Should plaintiff choose to expend his deposition time questioning Jacobs regarding omissions from Jacob's declaration, plaintiff may do so. Plaintiff also appears to request that he be permitted to take a picture of his own upper denture during the deposition. There does not appear to be any reason plaintiff would be precluded from using his deposition time to take a picture of plaintiff's denture if plaintiff so chooses. Any questions arising therefrom or based upon plaintiff's picture and denture will be subject to objection by the Government.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**          'O'

| Case No. | 2:15-cv-05867-CAS (JPRx) | Date | November 30, 2016 |
|---|---|---|---|
| Title | ROBERT GARBER V. UNITED STATES OF AMERICA ET AL. | | |

Having carefully considered the parties' arguments, the Court orders the following:

- the date of plaintiff's deposition of Jacobs is continued until December 14, 2016, from 10:00am to 12:00pm;

- the fact discovery cut-off (previously scheduled for November 30, 2016) is continued to December 14, 2016, and the last day to file motion for summary judgment (previously scheduled for December 2, 2016) is continued to December 19, 2016;

- plaintiff's request that the deposition take place at the Courthouse is **GRANTED**. Plaintiff's deposition of Jacobs shall occur at the 1st Street Courthouse in a room attached to Courtroom 8D. The parties are ordered to coordinate with Catherine Jeang to access the room;[1]

- plaintiff's request for additional time in which to conduct the deposition is **DENIED**;

- plaintiff's request that Jacobs' declaration in support of the Government's motion for summary judgment be deemed an expert report pursuant to Rule 26 is **DENIED**.

IT IS SO ORDERED.

|  | 00    00 |
|---|---|
| Initials of Preparer | CMJ |

---

[1] The Court notes however that plaintiff must make his own arrangements to have a court reporter present for the deposition. Plaintiff should not interpret the foregoing to mean that he will be permitted to use the Court's court reporter.