UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | 2:15-cv-5867-CAS (JPRx) | Date | December 8, 2016 |
|---|---|---|---|
| Title | ROBERT GARBER V. UNITED STATES OF AMERICA, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| CONNIE LEE | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** (IN CHAMBERS) PLAINTIFF'S APPEAL FROM MAGISTRATE JUDGE ORDER DENYING PLAINTIFF'S APPLICATION FOR A PROTECTIVE ORDER (Filed December 2, 2016, Dkt. 122)

(IN CHAMBERS) PLAINTIFF'S REQUEST FOR CLARIFICATION OF NOVEMBER 30, 2016, ORDER (Filed December 5, 2016, Dkt. 123)

The Court finds these motions appropriate for decision without oral argument. Fed.R.Civ.P. 78; Local Rule 7-15.

The Court is in receipt of the above captioned filings as well as the Government's objections filed on December 6, 2016. Dkt. 124 & 125. The Court addresses each in turn.

Plaintiff brings the instant requests after repeated attempts to schedule the deposition of Dr. Kenneth Jacobs. On November 21, 2016, plaintiff filed an ex parte application before the magistrate judge seeking a protective order to exclude everyone except the plaintiff, a court reporter, and Jacobs from the forthcoming deposition of Jacobs. Dkt. 115. On November 23, 2016, the magistrate judge denied plaintiff's request. Dkt. 119. The magistrate judge reasoned that defendant "has a right to attend and defend the deposition of its own witness." Id. (citing Jones v. McElroy, 2015 WL 5124469, at *2 (E.D. Cal. Aug. 31, 2015). The magistrate judge observed that plaintiff had pointed to "no credible circumstance warranting Defendant's counsel's exclusion from the deposition." Id.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-5867-CAS (JPRx) | Date | December 8, 2016 |
|---|---|---|---|
| Title | ROBERT GARBER V. UNITED STATES OF AMERICA, ET AL. | | |

Plaintiff's appeal purports to request the exclusion of counsel for the Government based upon defense counsel's "proved harassment" of plaintiff. Plaintiff offers a list of alleged misconduct by defense counsel. Accepting plaintiff's allegations as true for purposes of this motion, plaintiff does not point to any error of law or fact inherent in the magistrate judge's order. Accordingly, plaintiff's request that the Court reverse the magistrate judge's order is **DENIED**.

Plaintiff has also requested clarification of the Court's November 30, 2016 order regarding the appropriate deadline by which plaintiff must file an opposition to the Government's pending motion for summary judgment. Pursuant to the Court's November 17, 2016, order plaintiff's opposition to the pending motion for summary judgment is due no later than December 19, 2016. Dkt. 114. On November 30, 2016, the Court set December 19, 2016, as the last date by which Garber must file a motion for summary judgment if he elects to do so. Dkt 120. It appears that plaintiff, acting pro se, has confused the two separate deadlines because they presently fall on the same date.

On November 30, 2016, the Court continued the deposition of Jacobs to December 14, 2016. Dkt. 120. Accordingly, plaintiff argues that the date by which he must oppose the pending motion for summary judgment should be continued so that he may have a transcript of the deposition prepared and have time to review it prior to filing his opposition. The Government opposes plaintiff's request for a continuance, arguing that plaintiff has sought and received numerous continuances in this matter and that "it is unlikely that the deposition of Dr. Jacobs will produce any information that will cause Plaintiff to need additional time to prepare his Opposition." Dkt. 125.

The Court finds that a continuance of the date by which plaintiff must file an opposition to the pending motion for summary judgment is appropriate so that plaintiff is permitted time in which to review the Jacobs deposition and oppose the Government's, potentially dispositive, summary judgment motion.

The following dates remain unchanged from the Court's November 30, 2016, order: the deposition of Jacobs shall occur on December 14, 2016, from 10:00 am until 12:00 pm; the fact discovery cut-off is December 14, 2016; the last day to file a new motion for summary judgment is December 19, 2016. However, the Court amends the currently scheduled deadlines relating to the Government's pending motion for summary judgment and hearing on the same as follows:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:15-cv-5867-CAS (JPRx) | Date | December 8, 2016 |
|---|---|---|---|
| Title | ROBERT GARBER V. UNITED STATES OF AMERICA, ET AL. | | |

- plaintiff shall file any opposition to the currently pending motion for summary judgment **no later than January 9, 2017**;

- the defendant shall file any further reply **no later than January 17, 2017**;

- the hearing on defendant's motion for summary judgment is continued until **January 23, 2017, at 10:00 am**.

IT IS SO ORDERED.

                                                                 00      00
                                        Initials of Preparer         CL